IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CALVIN MCCRAW, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )  NO. CIV-16-0352-HE |
| | ) |
| CITY OF OKLAHOMA CITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Plaintiffs have moved to quash subpoenas issued by defendants seeking their attorney billing records. Defendants concede that the subpoenas were issued prior to lapse of seven days as required by LCvR45.1. Further, the court previously entered an order deferring the filing of plaintiffs' request for fees and costs until after the period for filing certiorari. The court therefore concludes that defendants' subpoenas are, at the very least, premature. No issue of fees or costs is currently before the court. Accordingly, Plaintiffs' motion to quash [Doc. # 202] is **GRANTED** and the referenced subpoenas are quashed. Plaintiffs, however, are **ORDERED** to provide defendants a ballpark estimate of costs and fees they may seek on or before **December 4, 2020**.

**IT IS SO ORDERED**.

Dated this 25th day of November, 2020.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE