IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CALVIN McCRAW, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | NO. CIV-16-0352-HE |
| ) | |
| CITY OF OKLAHOMA CITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff's motion to supplement its prior motion for entry of a scheduling order [Doc. #209] is **GRANTED**. As supplemented, the original motion [Doc. # 208], now unopposed, is **GRANTED** as follows:

(1) Plaintiff's bill of costs and motion for attorneys fees shall be filed by April 26, 2021;

(2) Defendants' response(s) shall be filed by May 26, 2021; and

(3) Plaintiff's reply to the fee motion, if any, shall be filed by June 7, 2021.

**IT IS SO ORDERED**.

Dated this 8th day of April, 2021.

JOE HEATON
UNITED STATES DISTRICT JUDGE