## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CALVIN MCCRAW, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF OKLAHOMA CITY, ) <br> et al., ) <br> ) <br> Defendants. ) | Case No. CIV-16-00352-HE |

### JOINT MOTION FOR JOURNAL ENTRY OF JUDGMENT

COME NOW Defendants, the City of Oklahoma City and William Citty, and the Plaintiffs, Calvin McCraw, G. Wayne Marshall, Mark Faulk, Trista Wilson, Neal Schindler, the Oklahoma Libertarian Party, and Red Dirt Report and move this Court to enter its Journal Entry of Judgment per the terms set forth in the Court's Order [Doc No. 218]. In support of their motion, the parties state as follows:

1. This action was filed on April 12, 2016. [Doc No. 1].

2. On March 26, 2018, this Court granted Defendants' motion to dismiss in part; on June 18, 2018, this Court granted summary judgment to Defendants in part; and on December 19, 2018, this Court entered judgment in favor of Defendants and against Plaintiffs on all remaining claims. [Doc Nos. 97, 121, 181].

3. On August 31, 2020, the United States Court of Appeals for the Tenth Circuit reversed the judgment of this Court and remanded the case for further proceedings.

4. On October 7, 2020, this Court entered judgment in favor of Plaintiffs and against Defendants as to Plaintiffs' First Amendment claims and in favor or Defendants and against Plaintiffs as to Plaintiffs' vagueness claim and freedom of movement claim in accordance with the opinion of the United States Court of Appeals for the Tenth Circuit. [Doc No. 197].

5. Upon Plaintiffs' motion for attorneys' fees and non-taxable litigation expenses, this Court awarded Plaintiffs $986,350 in attorneys' fees and $2,676.56 in non-taxable expenses. [Doc No. 218]. This Court also awarded Plaintiffs $10,621.87 in taxable costs. [Doc. No. 217].

6. Pursuant to Okla. City Mun. Code § 2-802 (2020), judgments shall be paid pursuant to the provisions of 62 O.S. §§ 361-365.6.

7. The proposed form of judgment provided to the Court is acceptable to all parties.

WHEREFORE, premises considered, Plaintiffs and Defendants pray that the Court enter the proposed Journal Entry of Judgment.

Dated this __ day of _____, 2021

/s/ Amanda B. Carpenter
Amanda B. Carpenter
Deputy Municipal Counselor-OKC
200 N. Walker Ave., STE 400
Oklahoma City, OK 73102

|  | Tel.: (405) 297-2451<br>Fax: (405) 297-3851<br>amanda.carpenter@okc.gov<br>*Attorney for Defendants* |
|---|---|
| Signature of Counsel | /s/ Micheal Salem |
| Joseph Thai, OBA No. 19377<br>P.O. Box 961<br>Norman, OK 73070<br>(405) 204-9579<br>thai@post.harvard.edu | Micheal Salem, OBA No. 7876<br>Salem Law Offices<br>101 East Gray St., Suite C<br>Norman, OK 73069<br>(405) 366-1234<br>msalem@msalemlaw.com |
| Megan E. Lambert, OBA No. 33216<br>ACLU of Oklahoma Foundation<br>P.O. Box 1626<br>(405) 525-3831<br>mlambert@acluok.org | Greg P. Beben, OBA No. 22487<br>Legal Aid Services of Oklahoma, Inc.<br>2901 North Classen Blvd., Suite 112<br>Oklahoma City, OK 73106<br>(405) 488-6825<br>Gregory.beben@laok.org<br>(Plaintiffs McCraw and Marshall Only) |
| Brady R. Henderson, OBA No. 21212<br>brady@creamcity.law |  |

**Attorneys for Plaintiffs**

### CERTIFICATE OF SERVICE

I hereby certify that on the  27  day of  September , 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the registered parties.

/s/ Micheal Salem
Micheal Salem

3