IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CALVIN MCCRAW, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-16-00352-HE |
| ) | |
| CITY OF OKLAHOMA CITY, ET AL., ) | |
| ) | |
| Defendants. ) | |

## JOURNAL ENTRY OF JUDGMENT

This matter comes before the Court upon the joint motion of the parties asking the Court to enter a Final Journal Entry of Judgment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs be awarded as judgment (1) costs in the amount of $10,621.87; (2) attorneys' fees in the amount of $986,350; and (3) non-taxable expenses in the amount of $2,676.56. All parties agree that payments for the total sum of the fees owed shall be made payable to the order of Micheal Salem P.C. Trust Account. This judgment shall be paid pursuant to the provisions of 62 O.S. §§ 361-365.6, and the post-judgment interest shall be as provided under state law by certification of the Administrative Office of the Courts pursuant to 12 O.S. 2013 Supp. § 727.1 (I). For 2021, that interest rate is 5.25%. The post-judgment interest on fees and non-taxable costs will accrue from the date of August 23, 2021, date of the entry of the Order on Fees and non-taxable costs. [Doc. No. 218] The post-judgment interest on taxable costs

will accrue from June 18, 2021, the date of the filing of the Bill of Costs by the Clerk. [Doc. No. 217]

IT IS FURTHER ORDERED that this Court shall retain jurisdiction as to satisfaction, enforcement, and interpretation of the Judgment and/or any agreement for payment.

Dated this 28th day of Sept., 2021.

JOE HEATON
UNITED STATES DISTRICT JUDGE